# CIVIL CAUSE FOR PRE-MOTION CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 7/25/2019   TIME: 11:00 AM   TIME IN COURT: 15 min.

CASE:   **Volpe et. al. v. Ryder et. al.**
   **2:19-cv-02236-JMA-ARL**

APPEARANCES:   For Plaintiff: David Berman, Richard Emery

   For Defendants: Aaron Solomon

**FILED**
**CLERK**
7/25/2019 2:15 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

FTR:   11:17-27

☒   Case called.
☒   Counsel present for all sides.
☐   Briefing schedule set.
   Moving papers served by:
   Response:
   Reply:
   - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
☐   Case to be referred to the Magistrate Judge for
☐   Jury selection and trial scheduled for  .
☐   A telephone status conference is scheduled for   with Judge Azrack.  Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when both parties are on the line.
☒   Other:  Defendant has 30 days to decide whether or not to move.  In the interim, the parties should submit a discovery schedule to Judge Lindsay for approval.  The case is respectfully referred to Judge Lindsay to supervise discovery.