# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD

December 2, 2020

***Via ECF***
Hon. Arlene Lindsay
United States Magistrate Judge
100 Federal Plaza
Central Islip, NY 11722

      *Re: Volpe v. Ryder*, 19-cv-02236 (JMA)(ARL)

Dear Judge Lindsay,

      We represent Plaintiffs in the above-referenced matter.  Pursuant to the Court's November 3, 2020 order, we write to inform Your Honor that on December 1, 2020, Judge Azrack issued an opinion adopting Your Honor's Report and Recommendation and granting Defendants' partial motion to dismiss in full.  Our clients are currently assessing their options in light of the Court's ruling.  We respectfully request that we be granted two weeks, until December 16, 2020, to propose a schedule moving forward to the Court and that the current discovery stay remain in place during that time.  We will of course meet and confer with Defendants before submitting any proposed plan to the Court.

      Respectfully Submitted,

      /s/

      Richard D. Emery
      Samuel Shapiro
      David Berman
      Max Selver