# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD

December 11, 2020

*Via ECF*
Hon. Arlene Lindsay
United States Magistrate Judge
100 Federal Plaza
Central Islip, NY 11722

  Re: *Volpe v. Ryder*, 19-cv-02236 (JMA)(ARL)

Dear Judge Lindsay,

  We represent Plaintiffs in the above-referenced matter. We respectfully request an extension of time, until January 8, 2021, to propose a schedule moving forward to the Court. Plaintiffs also respectfully request that the current discovery stay remain in effect until January 8, 2021. Plaintiffs have conferred with Defendants and they consent to both requests.

  The PBA needs additional time to go through its institutional protocols to decide whether it will replead its First Amendment claim. Judge Azrack dismissed the PBA's only claim in this case, but granted leave to replead. ECF No. 70. Any decision as to whether to reenter the case must be reviewed and approved by the PBA board. Plaintiffs had hoped a decision could made within two weeks, but the PBA is currently in the midst of an all-consuming year-end collective bargaining negotiation that has prevented it from devoting the necessary time to make this decision.

  Plaintiffs therefore request, with Defendants' consent, that the deadline for proposing a new schedule be extended until January 8, 2021, and that the current discovery stay remain in effect until then.

            Respectfully Submitted,

             /s/
            Richard D. Emery
            Samuel Shapiro

David Berman
Max Selver

c.