AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

CHARLES VOLPE; POLICE BENEVOLENT ASSOCIATION OF THE POLICE DEPARTMENT OF NASSAU COUNTY,
  Plaintiffs,
-against-
PATRICK RYDER, COMMISSIONER OF THE NASSAU COUNTY POLICE DEPARTMENT, in his official and individual capacities; RUSSELL SACKS, SERGEANT IN THE NASSAU COUNTY POLICE DEPARTMENT, in his individual capacity; et al,
  Defendants.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-cv-02236-JMA-ARL

Notice is hereby given that, subject to approval by the court, __Charles Volpe__ substitutes (Party (s) Name)

__Gina M. Arnedos__ , State Bar No. __2416725__ as counsel of record in
(Name of New Attorney)

place of __Richard D. Emery, Emery Celli Brinckerhoff Abady Ward Maazel LLP, 600 Fifth Ave-10th Fl., New York, NY 10020__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:        Steven F. Goldstein, LLP
  Address:          One Old Country Road - Suite 318
  Telephone:        516-873-0011            Facsimile   516-873-0120
  E-Mail (Optional): GARNEDOS@SFGLLP.com

I consent to the above substitution.
Date: 01/21/21
(Signature of Party (s))

I consent to being substituted.
Date: 1/21/21
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 01/20/21
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]