# Steven F. Goldstein, LLP

**ATTORNEYS AT LAW**

One Old Country Road, Suite 318
Carle Place, New York 11514
Telephone (516) 873-0011
Facsimile (516) 873-0120

**GINA M. ARNEDOS***
GARNEDOS@SFGLLP.COM

*Admitted in NY &
Washington, D.C. (Inactive)

November 8, 2021

**VIA ECF**

United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722-4451

Attention: Magistrate Judge James M. Wicks

Re: **Volpe v. Ryder**
19-cv-02236 (JMA)(JMW)

Magistrate Wicks:

    As the Court is aware, this office represents the plaintiff, Charles Volpe, in this matter.

    Pursuant to Order of this Court, dated 08/09/21, we will be filing a Motion on Notice for an Order disqualifying the law firm of Lamb & Barnosky, LLP from representing the defendants in this matter due to a conflict of interest.

    We respectfully submit for the Court's approval the following briefing schedule for the motion: Defendants' opposition due on 12/13/21; and, reply due/filing of all papers on 12/30/21.

    We thank the Court for its consideration.

Respectfully,

GINA M. ARNEDOS (4821)

GMA:le

cc: Matthew J. Mehnert, Esq. (via e-Mail)
    mjm@LambBarnosky.com