Gina M. Arnedos (4821)
STEVEN F. GOLDSTEIN, LLP
One Old Country Road, Suite 318
Carle Place, New York 11514
(516) 873-0011

Attorneys for Plaintiff,
CHARLES VOLPE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
CHARLES VOLPE,

                                 Plaintiff,

    -against-

PATRICK RYDER, COMMISSIONER OF THE NASSAU
COUNTY POLICE DEPARTMENT, in his official and
Individual capacities; RUSSELL SACKS, SERGEANT IN THE
NASSAU COUNTY POLICE DEPARTMENT, in his individual
capacity; JOSEPH MASSARO, LIEUTENANT IN THE
NASSAU COUNTY POLICE DEPARTMENT, in his
Individual capacity; and COUNTY OF NASSAU,

                                 Defendants.
---------------------------------------------------------------------------X

Docket No.: 19-cv-02236
(JMA) (JMW)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the Declaration of GINA M. ARNEDOS, dated November 8, 2021, together with Exhibits "1" through "3" annexed thereto; the annexed Declaration of Charles Volpe, dated August 31, 2021; the Memorandum of Law, dated November 8, 2021; and, upon all the pleadings and proceedings herein, Plaintiff, CHARLES VOLPE, by his undersigned counsel, will move this Court at a date and time to be determined by the Court, before the Honorable James M. Wicks, United States District Judge, Eastern District of New York, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, for an Order disqualifying Lamb & Barnosky, LLP as counsel for the defendants due to a conflict of interest in

violation of NY Rules of Professional Conduct – Rule 1.7, together with such other and further relief as this Court deems just and proper.

Dated: Carle Place, New York
November 8, 2021

Yours, etc.

STEVEN F. GOLDSTEIN, LLP

By: GINA M. ARNEDOS (4821)
*Attorneys for Plaintiff*
CHARLES VOLPE
One Old Country Road, Suite 318
Carle Place, New York 11514
(516) 873-0011
Fax: (516) 873-0120
E-Mail: garnedos@SFGLLP.com

TO: LAMB & BARNOSKY, LLP
*Attorneys for Defendants*
534 Broadhollow Road - Suite 210
Melville New York 11747
(631) 694-2300
Fax: (631) 454-3867

Matthew J. Mehnert, Esq.
E-mail: mjm@lambbarnosky.com
Richard K. Zuckerman, Esq.
E-mail: rkz@lambbarnosky.com