UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE		DATE: 4/8/2022
TIME: 1:00 PM
☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
CASE: 2:19-cv-02236-JMA-JMW, Volpe et. al. v. Ryder et. al.

APPEARANCES:

   For Plaintiff: Gina M. Arnedos

   For Defendant: Matthew J. Mehnert and Rick Zuckerman

Court Reporter/FTR: 12:57-1:12 (video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held. The Court heard argument concerning the disputed exchange of emails and text messages belonging to Defendant-Commissioner Ryder, as more fully described in the parties' joint letter motion [DE 98]. As stated on the record, Defendant's counsel is directed to review the universe of emails and text messages for the time period requested by Plaintiff, produce any responsive emails and text messages, and create and serve Plaintiff with a log categorizing any which have been withheld, and providing a description of the grounds to do so. The parties shall file a joint status report concerning the production of emails and texts on or before 5/13/2022, outlining remaining disputes, if any remain. To the extent possible following the production of emails and text messages, the parties are instructed to proceed with the deposition of Defendant-Commissioner Ryder.

☒ A Status conference has been scheduled for May 18, 2022, at 9:30 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.

                                         SO ORDERED
                                         /s/ *James M. Wicks*
                                         JAMES M. WICKS
                                         United States Magistrate Judge