

534 BROADHOLLOW ROAD, SUITE 210
PO BOX 9034
MELVILLE, NY 11747-9034
(631) 694.2300 • FAX: (631) 694.2309

SERVICE BY FAX, EMAIL OR OTHER FORMS OF
ELECTRONIC COMMUNICATION NOT ACCEPTED

MATTHEW J. MEHNERT
PARTNER

DIRECT DIAL: (631) 414.5856
DIRECT FAX: (631) 454.3867
MJM@LAMBBARNOSKY.COM

May 13, 2022

**By ECF**
Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    **Volpe v. Ryder, et al.**
             **Docket No.: 19-cv-02236 (JMA)(JMW)**

Dear Judge Wicks,

    This office is counsel to Defendants County of Nassau, the Nassau County Police Department, Patrick Ryder, Russell Sacks and Joseph Massaro (collectively, "the Defendants") in the above-entitled action. Consistent with the Court's order during the April 8, 2022 status conference, I write on behalf of the parties to provide a status report.

    Following the April 8 conference, the parties have discussed and resolved all issues relating to the outstanding emails. All responsive emails have been produced and that brings that issue to resolution. The Defendants are still in the process of obtaining relevant text messages from the Commissioner and request until May 27 to resolve that issue and produce a further status report to the Court. Once these items are resolved and Plaintiff's counsel has had a fair opportunity to review both the emails and text messages, we will schedule the deposition of the Commissioner.

    The Court's continued attention to this matter is greatly appreciated.

                                                        Respectfully submitted,

                                                       Matthew J. Mehnert

cc:    Gina Arnedos, Esq.