UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE  DATE: 5/18/2022
TIME: 9:30 AM
☐ SEALED PROCEEDING

## CIVIL CAUSE FOR STATUS CONFERENCE
CASE: 2:19-cv-02236-JMA-JMW, Volpe et. al. v. Ryder et. al.

APPEARANCES:

For Plaintiff: Gina M. Arnedos

For Defendant: Matthew Mehnert and Richard Zuckerman

Court Reporter/FTR: 9:39-9:45 (video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held. The parties advised the Court of the status of discovery and informed the Court that that Defendants have produced the requested emails and will be producing the requested text messages shortly. Further, Plaintiff advised the Court that only one deposition remains to be taken. Accordingly, the deadline by which the parties are to complete fact discovery has been extended to on or before June 30, 2022. Plaintiff is directed to file a status report on or before June 30, 2022, advising the Court whether Plaintiff intends to retain an expert in this case. The Court will make any necessary further adjustments to discovery deadlines at that time.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge