

**LAMB &
BARNOSKY, LLP**
ATTORNEYS AT LAW
TRUST. PERSONAL ATTENTION. RESULTS.

534 BROADHOLLOW ROAD, SUITE 210
PO BOX 9034
MELVILLE, NY 11747-9034
(631) 694.2300 • FAX: (631) 694.2309

SERVICE BY FAX, EMAIL OR OTHER FORMS OF
ELECTRONIC COMMUNICATION NOT ACCEPTED

MATTHEW J. MEHNERT
PARTNER

DIRECT DIAL: (631) 414.5856
DIRECT FAX: (631) 454.3867
MJM@LAMBBARNOSKY.COM

June 30, 2022

**By ECF**

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: **Volpe v. Ryder, et al.**
      **Docket No.: 19-cv-02236 (JMA)(JMW)**

Dear Judge Wicks,

   This office is counsel to Defendants County of Nassau, the Nassau County Police Department, Patrick Ryder, Russell Sacks and Joseph Massaro (collectively, "the Defendants") in the above-entitled action. Consistent with the Court's order during the May 18, 2022 status conference, I write on behalf of the parties to provide a status report.

   Due to circumstances beyond our control relating to recent non-case related law enforcement developments, a date for the Commissioner's deposition has proven difficult to schedule. The parties are attempting to schedule same for the end of July or early August. While the Commissioner had earlier dates, those conflicted with prior court commitments for both counsel. As it relates to the issue of text messages, the County has located the physical device in question, has copied the text messages and I am in the process of producing same to Plaintiff's counsel. Finally, with regard to the issue of expert witnesses, the parties do not anticipate any need for expert discovery.

   The Court's continued attention to this matter is greatly appreciated.

        Respectfully submitted,

        Matthew J. Mehnert

cc:  Gina Arnedos, Esq.