UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHARLES VOLPE

                Plaintiff,

  -against-

PATRICK RYDER, COMMISSIONER OF THE NASSAU COUNTY POLICE DEPARTMENT, in his official and individual capacities; RUSSELL SACKS, SERGEANT IN THE NASSAU COUNTY POLICE DEPARTMENT, in his individual capacity; JOSEPH MASSARO, LIEUTENANT IN THIS NASSAU COUNTY POLICE DEPARTMENT, in his individual capacity; and COUNTY OF NASSAU,

                Defendants.
------------------------------------------------------------------X

Case No.: 19-cv-02236 (JMA)(JMW)

**AFFIDAVIT**

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NASSAU    )

        PATRICK J. RYDER, being duly sworn, deposes and says:

        1.        I am the Commissioner of the Nassau County Police Department (the "Department"), having been appointed to that position in January 2018. I have been employed by the Department in various capacities since July 1986.

        2.        I am a named Defendant in the above-captioned matter.

        3.        I submit this affidavit in compliance with the Order issued on August 16, 2022, by Honorable James M. Wicks, U.S. Magistrate Judge in the United States District Court for the Eastern District of New York.

        4.        I have a cell phone that was issued and assigned to me in my capacity as a member of the Department. I do not have a personal cell phone.

        5.        At the time of the events relevant to this case, I had a cell phone that was issued and assigned to me in my capacity as a member of the Department. I did not have a personal cell

phone during that time period.

6.   I did not use and have not used a personal cell phone to discuss matters related to Plaintiff and the events relevant to this case.

7.   I did not use and have not used a personal cell phone to conduct Department-related business.

8.   I am advised that the cell phone that was assigned to me by the Department at the time of the events relevant to this case was secured and subject to a search conducted by the Department's Electronic Squad.

_____
PATRICK J. RYDER

Sworn to before me this
22nd the day of August, 2022

_____
Notary Public

JOHN F. BERRY, JR.
NOTARY PUBLIC, State of New York
No. 02BE6003412
Qualified in Nassau County
Commission Expires March 2, 2026

2