# Steven F. Goldstein, LLP

**ATTORNEYS AT LAW**

One Old Country Road, Suite 318
Carle Place, New York 11514
Telephone (516) 873-0011
Facsimile (516) 873-0120

GINA M. ARNEDOS*
GARNEDOS@SFGLLP.COM

*Admitted in NY &
Washington, D.C.

September 22, 2022

**VIA ECF**

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4451

Attention: Magistrate Judge James M. Wicks

Re: **Volpe v. Ryder, et al**
19-cv-02236 (JMA)(JMW)

Magistrate Wicks:

As the Court is aware, this office represents the plaintiff, Charles Volpe, in this matter.

Pursuant to the Court's Order of 09/19/22, attached is an invoice stating the legal fees surrounding the preparation, drafting and research relating to the subject Motion to Strike Defendants' Answer.

We thank the Court for its consideration.

Respectfully,

GINA M. ARNEDOS (4821)

GMA:bb
Enclosure

cc: **Via ECF**
LAMB & BARNOSKY
Matthew Mehnert, Esq.

# Steven F. Goldstein, LLP
One Old Country Road
Suite 318
Carle Place, NY 11514
Telephone: (516) 873-0011     Fax: (516) 873-0120

September 19, 2022

Charles Volpe
1680 Queen Street
N. Bellmore, NY 11710

**Attention:**
Inv #:           949

RE:   Volpe, Charles
      Our File No.: 2799-280-21
      Our Tax Id. No.: 11-3460301

## BILLING INVOICE
## SUMMARY BY TASK

| Task | (see following pages for full description) | Hours | Amount |
|---|---|---|---|
| BW   Billable Work | | 5.10 | 1,530.00 |
| | Total | 5.10 | $1,530.00 |

## SUMMARY BY TIMEKEEPER

This Invoice

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Gina Arnedos | 300.00 | 5.10 | 1,530.00 |
| | Total | 5.10 | $1,530.00 |

| | Total Fee's and Disbursements | | $1,530.00 |
|---|---|---|---|

| Date | Lawyer | Description | Hours | Amount |
|---|---|---|---|---|
| 8-01-22 | GA | Drafted letter motion to strike Answer and enter Default Judgment | 1.00 | 300.00 |
| | GA | Conducted research of law concerning motion to strike pleadings | 1.00 | 300.00 |
| 8-15-22 | GA | Receipt and review of Defendants' Opposition to Motion to Strike Answer | 0.20 | 60.00 |
| | GA | Reviewed correspondence, discovery, investigation, records preparation for Court appearance on motion | 0.40 | 120.00 |
| 8-16-22 | GA | Appeared at Court for motion hearing | 2.50 | 750.00 |
| | | Total Fees | 5.10 | $1,530.00 |
| | | Total Fees and Disbursements | | $1,530.00 |