

**LAMB & BARNOSKY, LLP**
ATTORNEYS AT LAW
TRUST. PERSONAL ATTENTION. RESULTS.

534 BROADHOLLOW ROAD, SUITE 210
PO BOX 9034
MELVILLE, NY 11747-9034
(631) 694.2300 • FAX: (631) 694.2309

SERVICE BY FAX, EMAIL OR OTHER FORMS OF
ELECTRONIC COMMUNICATION NOT ACCEPTED

MATTHEW J. MEHNERT
PARTNER

DIRECT DIAL: (631) 414.5856
DIRECT FAX: (631) 454.3867
MJM@LAMBBARNOSKY.COM

September 28, 2022

**By ECF**

Hon. James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    **Volpe v. Ryder, et al.**
             **Docket No.: 19-cv-02236 (JMA)(JMW)**

Dear Judge Wicks,

    We are counsel to Defendants County of Nassau, the Nassau County Police Department, Patrick Ryder, Russell Sacks and Joseph Massaro (collectively, "the Defendants") in this action. Consistent with Your Honor's September 23, 2022 Order, I write to advise the Court that the Defendants have no objection to the amount of fees sought by Plaintiff in connection with Your Honor's September 19, 2022 Order.

    The Court's continued attention to this matter is greatly appreciated.

                                Respectfully submitted,

                                Matthew J. Mehnert

cc:    Gina Arnedos, Esq.