# CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.

DATE: 12/2/2022     TIME: 10:00 AM     TIME IN COURT: 20 Mins.

CASE: **Volpe et. al. v. Ryder et. al.**
**2:19-cv-02236-JMA-JMW**

FILED
CLERK

11:33 am, Dec 02, 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

APPEARANCES:     Plaintiff: Gina Arnedos

For Defendants: Scott Karson, Gia Fernicola, Richard Zuckerman

FTR:

- ☒ Case called.
- ☐ Counsel present for all sides.
- ☐ Briefing schedule set.
    - Moving papers to be served by:
    - Response:
    - Reply:
        - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☒ This case is respectfully referred to Magistrate Judge Wicks for a settlement conference in the next 45 days.
- ☐ Jury selection and trial is scheduled for   before Judge Azrack in Courtroom 920 of the Long Island Courthouse.
- ☐ The telephone status conference is rescheduled for   with Judge Joan M. Azrack. Counsel shall dial 1-877-873-8017 and enter access code 4785432 at the prompt.
- ☒ Other: Order to issue re trial date and pretrial submissions.