

**534 B**ROADHOLLOW ROAD, SUITE 210
PO B OX 9034
MELVILLE, NY 11747-9034
(631) 694.2300 • FAX: (631) 694.2309
_____
SERVICE BY FAX, EMAIL OR OTHER FORMS OF
ELECTRONIC COMMUNICATION NOT ACCEPTED

SCOTT M. KARSON
PARTNER

DIRECT DIAL: (631) 414.5813
DIRECT FAX: (631) 414.5813
SMK@LAMBBARNOSKY.COM

January 6, 2023

*Via ECF*

Hon. James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** *Volpe v. Ryder, et al.*
**Docket No.: 19-cv-02236 (JMA)(JMW**)

Dear Magistrate Judge Wicks:

We represent Defendants Patrick Ryder, Commissioner of the Nassau County Police Department, in his official and individual capacities; Russell Sacks, Sergeant in the Nassau County Police Department, in his individual capacity; Joseph Massaro, Lieutenant in the Nassau County Police Department, in his individual capacity; and the County of Nassau (collectively "Defendants") in this action.

Pursuant to Your Honor's order of December 29, 2022, we write to advise you that there has been no change in Defendants' position since the December 29th settlement conference. Defendants continue to take a no-pay position. Accordingly, we are not requesting a further settlement conference.

Thank you for your attention.

Very truly yours,

/s/ *Scott M. Karson*
Scott M. Karson

SMK:vs
cc: All Counsel (Via ECF)