**WADE CLARK MULCAHY LLP** | **ATTORNEYS**

One Old Country Road, Suite 318 | Carle Place | NY 11514 | 516.873.0011 | 516.873.0120 Fax | www.wcmlaw.com

March 20, 2023

**Via ECF**

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4451



Attention: Magistrate Judge James M. Wicks

Re: **Volpe v. Ryder, et al**
2:19-cv-02236 (JMA)(JMW)

Magistrate Wicks:

As the Court is aware, this office represents the plaintiff, Charles Volpe, in this matter.

On February 23, 2023 the Court issued an Order that the Oral Argument, which was scheduled for June 23, 2023 at 10:00 AM, be changed to July 18, 2023 at 2:00 PM. Unfortunately, I have a vacation scheduled for that week and therefore request that it be re-scheduled to the week of 08/01.

We thank the Court for its consideration.

Respectfully,

GINA M. ARNEDOS (4821)

GMA:le

cc: **Via ECF**
LAMB & BARNOSKY
Matthew Mehnert, Esq.