# WADE CLARK MULCAHY LLP | ATTORNEYS

One Old Country Road, Suite 318 | Carle Place | NY 11514 | 516.873.0011 | 516.873.0120 Fax | www.wcmlaw.com

April 3, 2023

**Via ECF**

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4451



Attention: Magistrate Judge James M. Wicks

Re: **Volpe v. Ryder, et al**
2:19-cv-02236 (JMA)(JMW)

Magistrate Wicks:

As the Court is aware, this office represents the plaintiff, Charles Volpe, in this matter.

On February 23, 2023, the Court issued an Order that the Oral Argument, which was scheduled for June 23, 2023, at 10:00 AM, be changed to July 18, 2023 at 2:00 PM. Unfortunately, I have a vacation scheduled for that week and therefore request that it be for either 08/15, 08/16, 08/17 or 08/18. Any of these dates work for all counsel.

We thank the Court for its consideration.

Respectfully,

GINA M. ARNEDOS (4821)

GMA:le

cc: **Via ECF**
LAMB & BARNOSKY
Scott Kaplan, Esq.

New York | New Jersey | Pennsylvania | Florida | England