**WADE CLARK MULCAHY LLP** | ATTORNEYS

One Old Country Road, Suite 318 | Carle Place | NY 11514 | 516.873.0011 | 516.873.0120 Fax | www.wcmlaw.com



May 24, 2023

**Via ECF**

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4451

Attention: Magistrate Judge James M. Wicks

Re: **Volpe v. Ryder, et al**
 2:19-cv-02236 (JMA)(JMW)

Magistrate Wicks:

As the Court is aware, this office represents the plaintiff, Charles Volpe, in this matter.

We have received an Order granting the requested extension of time for Plaintiff to serve his opposition to defense counsel's Motion for Summary Judgment Motion and both parties appreciate the consideration.

The extension for Defendant's Reply to our opposition, which Your Honor granted was to June 21, 2023. We had requested that the extension be to July 21, 2023. We would respectfully request that the Order be amended to include the July date if that is possible.

We thank the Court for its consideration.

Respectfully,

GINA M. ARNEDOS (4821)

GMA:bb

cc: **Via ECF**
 LAMB & BARNOSKY
 Scott Kaplan, Esq.
 Michelle S. Feldman, Esq.