UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CHARLES VOPLE,

Case No.: 19-cv-02236(JMW)

                    Plaintiff,

     -against-

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PATRICK RYDER, COMMISSIONER OF THE NASSAU COUNTY POLICE DEPARTMENT, in his official and individual capacities; RUSSELL SACKS, SERGEANT IN THE NASSAU COUNTY POLICE DEPARTMENT, in his individual capacity; JOSEPH MASSARO, LIEUTENANT IN THE NASSAU COUNTY POLICE DEPARTMENT, in his individual capacity; and COUNTY OF NASSAU,

                    Defendants.

----------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Scott M. Karson, dated March 30, 2023, and the exhibits annexed thereto and incorporated therein, Defendants' Statement of Material Facts Pursuant to Local Rule 56.1, dated March 30, 2023, the Affidavit of Defendant, Lt. Joseph Massaro, sworn to on March 29, 2023, the accompanying Memorandum of Law, dated March 30, 2023, and upon all the papers and proceedings heretofore had herein, the undersigned will move this Court before the Honorable James M. Wicks, United States Magistrate Judge, at Courtroom 1020 of the United States Courthouse, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of Defendants, Patrick Ryder, Commissioner of the Nassau County Police Department, in his official and individual capacities ("Ryder"); Russell Sacks, Sergeant in the Nassau County Police Department, in his individual capacity ("Sacks"); Joseph Massaro, Lieutenant in the Nassau County Police Department, in his individual capacity ("Massaro"); and the County of Nassau; dismissing the

Amended Complaint of Plaintiff Charles Volpe ("Plaintiff" or "Volpe") in its entirety, with costs and disbursements, and for such other and further relief the Court deems just and proper.

Pursuant to the Court's February 23, 2023 scheduling order, as amended, Defendants' papers in support of the motion shall be served on or before March 31, 2023; Plaintiff's papers in opposition to the motion shall be served on or before April 28, 2023; Defendants' reply papers shall be served on or before May 19, 2023; and oral argument on the motion shall be held in person in Courtroom 1020 on August ___, 2023, at __:00 __.M.

Dated: Melville, New York
March 30, 2023

LAMB & BARNOSKY, LLP

By: _____
Scott M. Karson
*Attorneys for Defendants*
*Patrick Ryder, Russell Sacks, Joseph*
*Massaro and County of Nassau*
534 Broadhollow Road, Ste. 210
P.O. Box 9034
Melville, New York 11747-9034
(631) 694-2300
Email: smk@lambbarnosky.com

To: Gina Arnedos, Esq.
WADE CLARK MULCAHY LLP
*Attorneys for Plaintiff*
One Old Country Rd., Suite 318
Carle Place, New York 11514
(516) 873-0011