# EXHIBIT F

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X

CHARLES VOLPE,

                   Plaintiff,

                            Docket No. 19-cv-02236

        -against-                    (JMA)(ARL)

PATRICK RYDER, POLICE COMMISSIONER OF THE NASSAU COUNTY

POLICE DEPARTMENT, in his official and individual

capacities; RUSSELL SACKS, SERGEANT IN THE NASSAU

COUNTY POLICE DEPARTMENT, in his individual capacity;

JOSEPH MASSARO, LIEUTENANT IN THE NASSAU COUNTY POLICE

DEPARTMENT, in his individual capacity; and COUNTY OF

NASSAU,

                   Defendants.

-----------------------------------------------------X

                   VIDEOCONFERENCE DEPOSITION

                   November 2, 2021

                   10:06 a.m.

        EXAMINATION BEFORE TRIAL of CHARLES VOLPE,

the Plaintiff herein, taken by the Defendant,

pursuant to Notice, before Monica Saparito, a

Stenotype Reporter and Notary Public within and for

the State of New York.



A P P E A R A N C E S:

STEVEN F. GOLDSTEIN, LLP
       Attorneys for Plaintiff
       One Old Country Road, Suite 318
       Carle Place, New York 11514
BY:  GINA ARNEDOS, ESQ.

LAMB & BARNOSKY LLP
       Attorneys for Defendants
       534 Broadhollow Road, Suite 210
       Melville, New York 11747
BY:  MATTHEW MEHNERT, ESQ.

ALSO PRESENT:
Nikki Prasad, sitting in on behalf of Steven F.
Goldstein's firm

1                     Charles Volpe

2     C H A R L E S   V O L P E, after having first been

3                 duly sworn by a Notary Public of the State

4                 of New York was examined and testified as

5                 follows:

6     EXAMINATION BY

7     MR. MEHNERT:

8                     THE COURT REPORTER:  Please state

9        your name for the record.

10                    THE WITNESS:  Charles Volpe.

11                    THE COURT REPORTER:  Please state

12       your address for the record.

13                    THE WITNESS:  1680 Queen Street,

14       North Bellmore, New York 11710.

15                         (Whereupon, an amended complaint

16                         was marked as Defendant's

17                         Exhibit A; 4/17/2018 letter was

18                         marked as Defendant's Exhibit B;

19                         5/1/2018 letter was marked as

20                         Defendant's Exhibit C; 8/2/1995

21                         employee drug testing procedure

22                         document was marked as

23                         Defendant's Exhibit D;

24                         Department procedure for sick

25                         leave was marked as Defendant's

1                      Charles Volpe

2     A    Just Facebook.

3     Q    Do you use your name or some version of

4  your name as your Facebook sort of -- if someone was

5  looking at your profile, they would look it up by

6  your name or something else?

7     A    My name.

8     Q    Is your site public or private?

9     A    Public.

10    Q    Have you discussed this case with anyone

11 through Facebook?

12    A    No.

13    Q    Are you currently taking any medications,

14 sir?

15    A    I am.

16    Q    Do you take these medications on a

17 day-to-day basis?

18    A    Yes, I do.

19    Q    What medications are you presently taking

20 on a daily basis?

21    A    I'm presently taking hydrocodone, pain

22 medication.

23    Q    Any other medication?

24    A    No.

25    Q    The hydrocodone, what dosage do you take?

Charles Volpe

A    I have to look at the bottle to get the exact dosage.  I believe it's 7.5, but I'm not sure of that accuracy.

Q    When you say "7.5", I presume that's milligrams, correct?

A    Yes, that's correct.

Q    Okay.  When did you last take the hydrocodone; do you take it in the evenings, do you take it in the middle of the day, something else?

A    Sometime last night.

Q    And the hydrocodone is for what?  I know it's for pain, associated with what?

A    There's three different injuries; there's my right hand, there's my right shoulder and my lower back.

Q    Were those all -- those three injuries, were they all in the line of duty, sir?

A    They were.

Q    Has your consumption of the hydrocodone impacted your ability to recall events or remember things?

A    No.

Q    In the last 24 hours, other than your prescription medication, have you consumed any drugs

Charles Volpe

1
2      A      It was the right hand, right shoulder.

3      Q      Are you presently working anywhere?

4      A      No.

5      Q      Have you worked anywhere since your
6  retirement became effective in March of 2020?

7      A      No.

8      Q      I would like to call your attention,
9  Mr. Volpe, to the date of December 11, 2018; all
10 right?

11     A      Okay.

12     Q      Am I correct that on that day, you were on
13 sick leave from the Nassau County Police Department?

14     A      That is correct.

15     Q      And how long had you been out on sick
16 leave as of that date?

17     A      Prior to that date, I started going out on
18 sick leave on the date of injury, which was
19 October 4, 2016.

20     Q      On October 4, 2016, you suffered an injury
21 to your right hand; is that correct?

22     A      Yes.

23     Q      All right.  Can you just tell me briefly
24 what happened on October 4, 2016, and what the
25 injury was?

Charles Volpe

1

2      A     Sure.  I was working routine patrol in the

3  Second Precinct, I responded to a call at Target

4  down by the Hicksville Mall.  After that call

5  concluded, I needed to use the restroom located at

6  the Hicksville Mall substation.  Inside the

7  substation after exiting the bathroom -- I had

8  exited the bathroom and tripped over a fallen

9  ladder, falling down, bracing to my right side, I

10  landed on the ladder injuring my right hand.

11      Q     What was the nature of the injury to the

12  right hand, what --

13      A     The nature of the injury initially was a

14  fracture to my right hand.

15      Q     Did you go to the hospital after you fell?

16      A     Yeah, I was transported to Syosset

17  Hospital.

18      Q     Is that where they diagnosed it as a

19  fracture?

20      A     Yes.

21      Q     What exactly did you fracture, was it a

22  bone inside the hand, was it fingers?  What was it

23  that was fractured?

24      A     It was four fingers and the right side of

25  my hand.

1                    Charles Volpe
2        A    I had to tell my wife what was happening
3    and then I proceeded to call up a union rep to let
4    them know what was going on because it was out of
5    the ordinary.
6        Q    And who was the union rep that you called?
7        A    Officer Losquadro.
8        Q    That's the same officer that we were
9    discussing before, correct?
10       A    Correct.
11       Q    After you told your wife -- you told your
12   wife first and then called your union rep or vice
13   versa?
14       A    No, to my wife first because she was
15   present and then I called up my union rep.
16       Q    Did he pick up the phone when you called?
17       A    Yes.
18       Q    And what did you tell Officer Losquadro
19   when he picked up the phone?
20       A    Exactly what was happening and that was
21   it.
22       Q    And what, if anything, did he say to you
23   in response?
24       A    He told me to comply with everything that
25   they asked, that they were telling me to do, and

1                    Charles Volpe
2   that he would meet me at headquarters right away.
3        Q    Was that the end of your discussion with
4   him?
5        A    Yes.
6        Q    The conversation, was that on a cell
7   phone; were you on a cell phone or a land line?
8        A    I don't remember.
9        Q    At that particular juncture, did you have
10  both a cell phone and a land line?
11       A    Yes.
12       Q    After your conversation with Officer
13  Losquadro ended, what happened next?
14       A    I remember the doorbell ringing again and
15  I answered it again, and the lieutenant was asking
16  me what was taking so long, that he was cold.
17       Q    How long was your conversation with
18  Officer Losquadro?
19       A    I don't recall.
20       Q    Was it several minutes, was it an hour,
21  how long -- do you have any recollection of how long
22  the conversation was?
23       A    No, it wasn't an hour.  It was several
24  minutes, maybe.  But again, I'm not sure exactly how
25  long.

1          Charles Volpe

2          What were you given?

3     A    A plastic cup.

4     Q    Okay.  One cup or more than one cup?

5     A    No, just one.

6     Q    Okay.  And were you given any directions?

7     A    Yes, to urinate in the cup.

8     Q    Was anyone in the restroom when you

9 originally came into it?

10    A    Not that I can remember.

11    Q    Okay.  Were there any windows in the

12 restroom?

13    A    Yes.

14    Q    Where were the windows?

15    A    They were -- if you walk in, you're

16 looking straight ahead at them.

17    Q    Okay.  So they're opposite the door?

18    A    Yes.

19    Q    Okay.  Are there any windows above the

20 sinks?

21    A    No.

22    Q    Are there any windows above or on the wall

23 that has the urinals and the stalls?

24    A    No.

25    Q    The windows face out onto what?

1                    Charles Volpe

2        A     They face out, I believe onto the street,

3    the road.  The public.

4        Q     Is that Franklin Avenue?

5        A     Yes.

6        Q     So after you were given the plastic cup

7    and told to fill it, what did you do?

8        A     I attempted to comply.

9        Q     When you say "attempted", what do you

10   mean?

11       A     I was not able to urinate at that time.

12       Q     Okay.  And so I presume that you took a

13   little bit of time to ascertain that you could not

14   fill the cup up --

15       A     Yeah, that would be accurate.

16       Q     -- is that fair?

17             Okay.  About how long did you take at that

18   point?

19       A     I don't know exactly how long it took.

20       Q     Okay.  What happened next?

21       A     I was told to -- there was a receptacle

22   that had countless amounts of those cups in it and I

23   was told to throw the cup into the receptacle.

24       Q     By whom?

25       A     One of the supervisors.  I'm not sure if

1                    Charles Volpe

2       A    At that point, I remember that either

3   Lieutenant Massaro or Sergeant Sacks had opened up

4   the window, it could have been more than one window,

5   but I remember windows were opened and I was then

6   told to proceed with trying to urinate in front of

7   them, in front of the window.

8       Q    Were you facing them or facing the window?

9       A    Both.  They were -- their backs were to

10  the windows while I was facing both of them -- the

11  window and them.

12      Q    Their backs were to the window, so they

13  were standing in front of the window?

14      A    They were standing off to the right of me.

15  The windows are in front of me, but they're kind of

16  like catercornered to the window facing me.

17      Q    Okay.  At this particular juncture, it was

18  what time of day?

19      A    Again, an approximation, it was probably

20  around 9:00 p.m.

21      Q    9:00 p.m.  The windows, where were they in

22  relation -- strike that.

23           How tall are you, sir?

24      A    Five-five.

25      Q    And the windows, where was the bottom part

1                    Charles Volpe
2    of the window; was this above your head, by your
3    chest, below your waist, where were these windows?
4         A    I just remember I could see out.  I don't
5    know where they were in relation to me.  They
6    were -- from what I remember, there was a ledge and
7    the windows, if you open them up, you could look out
8    the window.
9         Q    Were these windows that opened out or did
10   they open to the side or straight up and down?
11        A    No, I remember they were the type of
12   windows that I believe they either went in or out.
13   I'm no 100 percent sure.  They were like folding
14   windows.
15        Q    Okay.  So they either opened into the room
16   or from the room out to whatever was outside, right?
17        A    Yeah.  The street, right.
18        Q    In between the building and the street,
19   isn't there a courtyard?
20        A    Yes.
21        Q    Can you look out the window?
22        A    Yes.
23        Q    So I presume if you were able to look
24   outside the window, the window opens out; is that
25   right?

1                    Charles Volpe

2       A    I don't remember.  I just know I can see

3  outside.

4       Q    Okay.  Did you see anyone in the courtyard

5  below?

6       A    It was dark out, so I couldn't see out

7  there very well.  But we were lit up in the room, so

8  I'm sure if anybody was out there, they could look

9  in.

10      Q    Have you ever been in this restroom during

11 the day?

12      A    Yes.

13      Q    The windows themselves, are they tinted?

14      A    I don't know if they have frost on them or

15 not.  I don't remember.

16      Q    Do other windows in the building have some

17 sort of frost or tinting to make them not clear?

18      A    I really -- you know what, I wasn't that

19 good at paying attention how the windows looked in

20 other parts of the building.

21      Q    Okay.  When you say you can look out the

22 window, where was the window in relation to your

23 body; was it eye level, was it below your eye level?

24 Where was it?

25      A    I don't remember.  I just remember I could

Charles Volpe

2  see out and I don't remember what the level of the

3  window was in relation to my body.

4      Q    When you were attempting to urinate, were

5  you -- did you face the urinal at any point?

6      A    No.  They had me facing the window and

7  them.

8      Q    Were the windows by your waist or were

9  they up by your head?

10      A    No, I don't think they were up by my head.

11  Again, I don't remember where they were in relation

12  to my body.  I just remember being able to see

13  outside.

14      Q    Okay.  What happened next?

15      A    I remember that I had turned around to

16  glance over at Officer Losquadro, I believe I asked

17  him if this was procedurally okay and he objected to

18  what was going on, but said that I had to follow

19  their direction because they were giving me lawful

20  orders -- or orders.  I also noticed at that time

21  that either one or both of the two supervisors from

22  Internal Affairs went into the bathroom stalls for

23  some reason.  They went and entered the bathroom

24  stalls and I then remembered -- I don't know if it

25  was Sergeant Sacks or Lieutenant Massaro turning on

Charles Volpe

2     A    I don't remember.  I don't think so, but I
3  don't remember.
4     Q    Are you familiar with any of the drug
5  testing procedures that are in place?
6     A    I've been drug tested over my 20-year
7  career, you know, numerous times.
8     Q    Okay.  Are you aware that the Department
9  has procedures for conducting drug tests of officers
10  or applicants?
11     A    Yes.
12     Q    And I presume at some point during the
13  course of your career, you were provided with a copy
14  of those procedures; is that correct?
15     A    Yes.  But again, they're updated all the
16  time, so I don't know what the most recent --
17     Q    Right.  At some point, you were given a
18  copy of them.  You may have been copies of them as
19  they're updated, but there's always a procedure in
20  place; is that fair?
21     A    Yes.
22     Q    Okay.  Is it your understanding that
23  during the course of a drug test that whoever is
24  being drug tested must be accompanied by the officer
25  administering the drug test?

1          Charles Volpe

2     A     I know that they were -- I'm sorry, I

3  thought you were done.

4     Q     Go ahead.

5     A     No, I just was going to say that I

6  remember that they were windows that I was able to

7  see out of and I know they weren't high above me, if

8  that helps.

9     Q     And they were on the second floor looking

10  down, correct?

11     A     Yeah, the second floor, but the layout

12  sort of is kind of weird.  The floor looks down to a

13  courtyard, like you said, and then the street right

14  across from you, and I don't know what or how high

15  that is in conjunction with the ground level because

16  it's a little weird how the leveling is from the

17  first floor to the second floor.

18     Q     When you say "weird", what do you mean?

19     A     Well, part of the building I think is

20  below ground, but I'm not 100 percent sure.  So the

21  second floor might be a little bit lower, from what

22  I can recall anyway.

23     Q     And you're sure that the windows were not

24  above the urinals, but were on a separate wall; is

25  that correct?

Charles Volpe

MS. ARNEDOS: Asked and answered.

Q You can answer, Charlie.

A I'm positive.

Q Okay. During the time that you were in front of the windows, did you see anyone in the courtyard below you?

A It was too dark.

Q Then what happened after Sergeant Sacks comes back into the room -- strike that.

I don't know, it may not be clear, you said that Sergeant Sacks left the room, came back in and then said that the serial numbers matched, right?

A That's correct.

Q Which room was he exiting and entering; were you still in the restroom at that point?

A Yes.

Q Okay. So once he comes back and says the serial numbers are now correct, what happens next?

A I believe we all exited the restroom and went back into the MAO office area.

Q Once you came back to the MAO office area, what happened next?

A I don't remember if they had me write

1                           Charles Volpe

2        Q      Okay.  And then you reviewed both of them

3    and then initialed?

4        A      That's correct.

5        Q      And I presume you submitted those before

6    you left?

7        A      That's correct.

8        Q      Okay.  And then approximately what time

9    did you leave police headquarters that evening?

10       A      Approximately -- I want to say around

11   10:00, 10:30 p.m.

12       Q      When you left police headquarters, where

13   did you go?

14       A      I exited the building and went back into

15   my vehicle --

16              (Technical difficulties occurred.)

17       Q      I think you went out for a second there,

18   Mr. Volpe.

19       A      Oh, I said I exited the building and

20   entered my vehicle and drove home.

21       Q      When you said "drove home", there was no

22   audio and your video was frozen there for a second.

23       A      Oh, okay.

24       Q      Sorry about that.

25       A      That's okay.

1            Charles Volpe

2     Q     Is it possible that it's addictive even if

3  you use it as prescribed?

4              MS. ARNEDOS:  Objection.

5     A     I'm not a doctor, so I don't -- I can't

6  answer those questions.

7              MR. MEHNERT:  Fair enough.  I

8         appreciate the time, Mr. Volpe.  I'm done.  I

9         don't have any further questions for you.  I do

10        appreciate the patience through this, and if

11        your attorney has any questions, she's free to

12        ask.

13             MS. ARNEDOS:  I don't.  We're all

14        done.

15             (Timed noted: 3:59 p.m.)

16             _Charles Volpe_____

17        CHARLES VOLPE

18

19  Subscribed and sworn to
    before me on this 29th day

20  of December, 2021.

21  _____
    Notary Public

22

23              GINA M. ARNEDOS
                Notary Public, State of New York
                Registration No. 02AR6157128
24              Qualified in Nassau County
                Commission Expires 12/04/2022

25

Enright Court Reporting    (631) 589-7788

```
 1
 2                  C E R T I F I C A T E
 3
 4          I, MONICA SAPARITO, a Shorthand Reporter
 5   and Notary Public of the State of New York, do
 6   hereby certify:
 7          That the witness whose examination is
 8   hereinbefore set forth, was duly sworn, and that
 9   such examination is a true record of the testimony
10   given by such witness.
11          I further certify that I am not related to
12   any of the parties to this action by blood or
13   marriage; and that I am in no way interested in the
14   outcome of this matter.
15          IN WITNESS WHEREOF, I have hereunto set my
16   hand this 2nd day of November, 2021.
17
18
19          _____
20                  MONICA SAPARITO
21
22
23
24
25
```

# ERRATA SHEET FOR THE TRANSCRIPT OF:

Volpe v. Nassau County
November 2, 2021
Charles Volpe

## CORRECTIONS:

Pg.  Ln.  Now Reads           Should Read              Reasons Therefore

_Charles Volpe_
_____
Signature of Charles Volpe

SWORN TO BEFORE
ME ON THE 29th
DAY OF DECEMER, 2021

GINA M. ARNEDOS
Notary Public, State of New York
Registration No. 02AR6157128
Qualified in Nassau County
Commission Expires 12/04/2022