# EXHIBIT G

ORIGINAL

**In the Matter Of:**

VOLPE vs RYDER

19-cv-02236

---

**RUSSELL SACKS**

*February 28, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1

 2    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 3    -------------------------------------------X
      CHARLES VOLPE,
 4
                          PLAINTIFF,
 5

 6       -against-        Case No.:  19-cv-02236

 7

 8    PATRICK RYDER, Commissioner of the NASSAU
      POLICE DEPARTMENT, in his official and
 9    Individual Capacities; RUSSELL SACKS,
      Sergeant in the Nassau County Police
10    Department, in his individual capacity,
      JOSEPH MASSARO, Lieutenant in The Nassau
11    County Police Department, in his Individual
      capacity, and County of Nassau,
12
                          DEFENDANTS.
13    -------------------------------------------X

14

15                  DATE:  February 28, 2022

16                  TIME:  9:42 A.M

17

18            REMOTE DEPOSITION of the Defendant,

19    RUSSELL SACKS, taken by the respective

20    parties, pursuant to a Notice and to the

21    Federal Rules of Civil Procedure, held via

22    video teleconference, before Diane Buchanan,

23    a Notary Public of the State of New York.

24

25
```



```
 1

 2    A P P E A R A N C E S:

 3

      LAW OFFICE OF STEVEN F. GOLDSTEIN, ESQS.
 4    Attorneys for the Plaintiff
           One Old Country Road
 5         Carle Place, New York 11514
           BY:  GINA ARNEDOS, ESQ.
 6

 7
      LAMB & BARNOSKY
 8    Attorneys for the Defendants
           534 Broadhollow Road
 9         Melville, New York 11747
           BY:  MATTHEW MEHNERT, ESQ.
10

11                    *         *         *

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1          RUSSELL SACKS

2   question.  Were you promoted to detective

3   sergeant directly from police officer?

4        A.   I was promoted to sergeant and then

5   detective sergeant.

6        Q.   When were you promoted to sergeant?

7        A.   2009.

8        Q.   And when were you promoted to

9   detective sergeant?

10       A.   Approximately 2011.

11       Q.   And as detective sergeant, what are

12  your job duties?

13       A.   I'm the deputy commanding officer

14  for the medical administration.  So, I

15  oversee the other supervisors in the office.

16  We facilitate random drug testing.  I oversee

17  the aided packets that come in when a police

18  officer gets hurt.  I would review the

19  packets that come in.

20       Q.   Anything else?

21       A.   We are responsible for weapon

22  removals, weapon returns, domestic

23  investigations, medical investigations, World

24  Trade Center injury investigations.

25       Q.   Just, Sergeant Sacks, you said



1          RUSSELL SACKS
2    that footage with regard to use -- Officer
3    Volpe use of his hand, if any?
4          A.    I saw him putting up Christmas
5    decorations using his hand.  I saw him use
6    his hand to put a car seat into his car.  I
7    saw him using his hands to, I believe, drag
8    garbage pails out to the street.
9          Q.    Anything else?
10         A.    I saw him use his hand for his
11   cellphone.
12         Q.    Who else?
13         A.    That's all I remember.
14         Q.    Okay.  Did you write any sort of
15   report with regard to what you saw on this
16   footage?
17         A.    I personally did not, no.
18         Q.    To your knowledge, did Detective
19   Lieutenant Massaro see this footage?
20         A.    Yes.
21         Q.    Just backing up a moment to the
22   home visits, did you say you went three
23   times?
24         A.    Three times with Lieutenant
25   Massaro, one with Graf.  So three times.



1          RUSSELL SACKS

2      A.   I believe the end of December 2018.

3      Q.   Okay.  And who made that

4  determination?

5      A.   It was numerous people, but the 's

6  ultimate decision was made by Chief Sewell.

7      Q.   Can you spell Chief Sewell's name?

8      A.   S-E-W-E-L-L.

9      Q.   Was Chief Sewell assigned to a

10 particular unit?

11     A.   Yes.

12     Q.   What was that?

13     A.   He was the chief or commanding

14 officer of Professional Standards Bureau.

15     Q.   Was this a random drug test or was

16 it for cause?

17     A.   For cause.

18     Q.   And what was the basis for that

19 determination?

20         MR. MEHNERT:  Objection.  You can

21     answer.

22     A.   Officer Volpe was out on a live

23 duty injury.  So our procedures are to, as I

24 stated earlier, to have them come in every 30

25 days for an evaluation.  Officer Volpe had a



```
 1              RUSSELL SACKS
 2   schedule, the chief surgeons appointment
 3   after that appointment, one of the chief
 4   surgeons Dr. Warnum came into the medical
 5   administration office, my office and said she
 6   just had a visit with Officer Volpe who
 7   looked like he was possibly high on
 8   something.  She asked him if he's taking
 9   prescription medications and based on his
10   responses she felt that was excessive for the
11   injury that he had and the amount of time
12   that he was already out on that injury.  So,
13   she came into my office, she told us her
14   concerns that was passed along to Chief
15   Sewell at which point we were told to drug
16   test him.
17        Q.   And what is the procedure for
18   informing an officer if there is one with
19   regard to a for cause drug test?
20        A.   As far as I know there is -- we
21   don't have to notify them.  We just order
22   them to the medical administration office.
23   We tell them to get PBA representation.
24        Q.   And?
25        A.   And once the PBA representative is
```



```
 1              RUSSELL SACKS
 2   there we then advise them why they are there.
 3        Q.   Now, with regard to Officer Volpe
 4   was he notified he was supposed to come into
 5   MAO over the phone, in person or some other
 6   way?
 7        A.   No, Detective Lieutenant Massaro
 8   and myself were instructed to go out to his
 9   residence and order him in.
10        Q.   Did Officer Volpe ride into
11   headquarters with you and Detective
12   Lieutenant Massaro or did he take his own
13   vehicle or something else?
14        A.   He took his own vehicle.
15        Q.   How long after the chief surgeon
16   conveyed her concerns to your office did you
17   and Detective Lieutenant Massaro go to
18   Officer Volpe's home to order him to come in?
19        A.   I believe it was a few days.
20        Q.   When the two of you went to Officer
21   Volpe's residence to order him to come in,
22   who did the talking?
23        A.   Lieutenant Massaro.
24        Q.   Do you recall anything that
25   Detective Lieutenant Massaro said to Officer
```



```
 1              RUSSELL SACKS
 2   Volpe?
 3        A.   I just remember him telling Officer
 4   Volpe that he was being ordered into the
 5   surgeon's office and MAO.
 6        Q.   Who was going to conduct the drug
 7   test, was it the chief surgeon's office or
 8   MAO?
 9        A.   MAO.
10        Q.   Can you tell me what the necessity
11   was for Officer Volpe to go into the chief
12   surgeon's office?
13             MR. MEHNERT:  Objection.  But the
14        witness can answer.
15        A.   I believe it was a follow-up exam.
16        Q.   Where did the drug test occur?
17        A.   Second floor of headquarters.
18        Q.   And specifically in what room, if
19   any?
20        A.   The men's room on the second floor.
21        Q.   Were you present for the drug test?
22        A.   Yes, I was.
23        Q.   Who else was present, if anybody?
24        A.   The first time we attempted to do
25   the drug test was myself, Detective
```



```
 1            RUSSELL SACKS
 2   Lieutenant Massaro, obviously Officer Volpe,
 3   his PBA representative Dean Lasquadro.
 4       Q.   Now, you said first attempt, what
 5   is that referring to?
 6       A.   He couldn't provide a sample into
 7   the cup, so we left the bathroom and gave him
 8   water to drink.  And waited until he told us
 9   that he would try again.
10       Q.   Now, during that first attempt in
11   the men's room where specifically within the
12   men's room did the drug test take place?
13       A.   The urinals.
14       Q.   Where were yourself, Detective
15   Lieutenant Massaro and Dean Lasquadro
16   positioned while Office Volpe was at the
17   urinals trying to give you a sample?
18            MR. MEHNERT:  Objection.  The
19       witness can answer.
20       A.   We were standing directly --
21   Massaro was standing pretty much directly
22   behind Officer Volpe, and Officer Lasquadro
23   was behind us by a row of sinks.
24       Q.   Okay.  Now, did there come a second
25   attempt?
```



```
 1              RUSSELL SACKS
 2        A.   Yes.
 3        Q.   And did the group of you return to
 4   that men's room?
 5        A.   Yes, we did.
 6        Q.   Who was in the men's room for the
 7   second attempt?
 8        A.   Myself, Lieutenant Massaro, Dean
 9   Lasquadro and Officer Volpe.
10        Q.   Did anyone else enter the booth
11   room while you gentlemen were in there for
12   the second attempt?
13        A.   No.
14        Q.   And was Officer Volpe able to give
15   a sample during that second attempt?
16        A.   No.
17        Q.   And what happened at that point?
18        A.   He came out of the bathroom, gave
19   him some more water, waited approximately 10
20   or 15 minutes, walked back into the bathroom
21   for a third attempt.
22        Q.   Did there come a point where
23   Officer Volpe requested more water and that
24   request was denied?
25        A.   Yes.
```



```
 1          RUSSELL SACKS
 2   it sounded like Officer Volpe spit into the
 3   cup attempting to contaminate the sample.
 4        Q.    Did anyone including yourself see
 5   Officer Volpe spit in the cup?
 6        A.    We did not see him spit in the cup,
 7   no.
 8        Q.    Who actually called Lieutenant
 9   Detective Sergeant Belliestri and Detective
10   Sergeant Schuh?
11        A.    I don't know who called them.
12        Q.    Was there a window in the men's
13   room?
14        A.    Yes.
15        Q.    During the third attempt where was
16   Officer Volpe positioned?
17        A.    I could not see because during the
18   third attempt with so many people in the
19   bathroom I was all the way in the back by the
20   entrance to the -- I was blocked by the
21   stalls, I didn't see them.  He appeared, the
22   top of his head though he was in the corner
23   by the urinals, again, the urinal furthest
24   away from the window it would be.
25        Q.    During the first two attempts was
```



```
 1                  RUSSELL SACKS
 2    the window open or closed?
 3         A.   I believe it was open.
 4         Q.   Was it dark out or light out?
 5         A.   Dark.
 6         Q.   Just to back up for a moment, at
 7    what time did yourself and Detective
 8    Lieutenant Massaro arrive at Officer Volpe's
 9    home that evening?
10         A.   I don't know.
11         Q.   Did you overhear anything that was
12    said to Officer Volpe during this first
13    attempt?
14              MR. MEHNERT:  Objection, but the
15         witness can answer.
16         A.   During the third attempt?
17         Q.   Yes.
18         A.   No.
19         Q.   Did you hear Detective Lieutenant
20    Massaro make any comments about Officer
21    Volpe's genitals?
22         A.   No.
23         Q.   Could you see where anyone else was
24    positioned relative to Officer Volpe during
25    that third attempt?
```



1          RUSSELL SACKS

2      A.    Yes, I saw I was able to see

3  Lieutenant Massaro standing in front of the

4  window, Dean Lasquadro to Lieutenant

5  Massaro's left leaning against the sinks

6  again and then myself, Sergeant Schuh and

7  Belliestri was between the stalls and the

8  entrance door to the bathroom.

9      Q.    Did you see anyone standing next to

10  Officer Volpe as opposed to behind him?

11      A.    Lieutenant Massaro was standing

12  just to the side of him.

13      Q.    Was Officer Volpe given a specimen

14  cup?

15      A.    Yes, every time we left the

16  bathroom he was given a new specimen cup, I

17  should say every time we entered the bathroom

18  he was given a new specimen cup.

19      Q.    Did there come a point where

20  Officer Volpe threw a specimen cup into the

21  trash and someone retrieved it?

22      A.    Yes.

23      Q.    When did that happen?

24      A.    After the second attempt.

25      Q.    And who was that?



1          RUSSELL SACKS

2      A.    Lieutenant Massaro.

3      Q.    And what was the reason for that,

4  if you know?

5      A.    Because we thought that Officer

6  Volpe spit into the cup because it sounded

7  like he spit into the cup to contaminate the

8  sample so that's when Lieutenant Massaro

9  ended that portion of the drug test to walk

10  back out and get a new cup and at which point

11  Officer Volpe threw his cup into an

12  overflowing garbage pail.  It was right on

13  top of a bunch of papers that were not picked

14  up, paper towels.

15      Q.    Were there other specimen cups in

16  the trash when Officer Volpe threw his in?

17      A.    No.

18      Q.    Now, once Officer Volpe gave the

19  sample, what happened?

20      A.    The contaminated sample.

21      Q.    No, the third attempt?

22      A.    The third attempt it was sealed up

23  and it was sent, we brought it back to our

24  office, put it in the refrigerator and it was

25  eventually sent out to a lab.



1           RUSSELL SACKS

2      Q.   Now, at some point did the results

3   of that test come back from the lab?

4      A.   Yes.

5      Q.   And what were those results, if you

6   know?

7      A.   It was positive for several

8   different painkillers, I believe.

9      Q.   Were those results passed onto

10  Officer Volpe?

11     A.   I don't know.

12     Q.   Is that procedure?

13     A.   It would be procedure that he's

14  notified that he tested positive and that he

15  would have to bring in a prescription.  And

16  he is afforded the opportunity to take a

17  second sample that we take at the same time

18  to send it to his own lab.

19     Q.   And did that occur?

20     A.   Yes.

21     Q.   Did Officer Volpe come in with the

22  prescriptions, to your knowledge?

23     A.   Yes, he did.

24     Q.   And where were they brought to MAO

25  or the chief surgeon's office?



```
 1              RUSSELL SACKS
 2       will be quick.
 3  EXAMINATION BY
 4  MR. MEHNERT:
 5       Q.    Sergeant Sacks, in what year did
 6  you get assigned to the MAO?
 7       A.    2016.
 8       Q.    And do you know the month?
 9       A.    No, I don't recall.
10       Q.    And when you were assigned to MAO
11  were you assigned as the deputy commanding
12  officer?
13       A.    Not originally.
14       Q.    What was your position, original
15  position with MAO?
16       A.    Supervisor.
17       Q.    And at some point in 2011, is that
18  when you were appointed to deputy commanding
19  officer?
20       A.    No.  No detective sergeant, I don't
21  recall when I was.
22       Q.    You said earlier that during the
23  second attempt by Mr. Volpe to provide a
24  urine sample that you thought that he had
25  spit into the cup, but you said that you did
```



```
 1            RUSSELL SACKS
 2   not see that; am I correct about what your
 3   testimony was?
 4        A.   Yes.
 5        Q.   Why did you believe or why did you
 6   have reason to think he spit in the cup if
 7   you didn't see it?
 8        A.   He made a sound like he's bringing
 9   up phlegm.
10        Q.   Did you say anything when you heard
11   this sound?
12        A.   I did, but I heard Lieutenant
13   Massaro ask him if he spit into the cup.
14        Q.   What, if anything, did Mr. Volpe
15   say at that time in response?
16        A.   He said, no, I didn't spit in the
17   cup.
18        Q.   You mentioned that the each of the
19   three attempts to provide a sample they all
20   occurred in the same bathroom, right?
21        A.   Yes.
22        Q.   And you may have said that before I
23   just missed it.  How many windows are in that
24   bathroom?
25        A.   One.
```



1      RUSSELL SACKS

2      Q.    And you mentioned before that the

3    window was open.  Can you just describe how

4    the window opens, does open from the top

5    down, from the bottom up, does it open from

6    the side?  I'm trying to get a sense what it

7    is.

8      A.    It opens from the top in.  It comes

9    into the room.

10     Q.    You said that during the third

11   attempt Detective Lieutenant Massaro was

12   standing in front of the window; is that

13   right?

14     A.    Yes.

15     Q.    The cups that are used for

16   collection of a urine sample, are they

17   distinct in any way or are they regular cups?

18     A.    They are small, clear frosted cups

19   with a temperature gage and they are sealed

20   with aluminium foil in the top.

21     Q.    There's a temperature gage, where

22   is that at the bottom?

23     A.    Yes, the bottom.

24     Q.    What is the temperature gage used

25   for?



```
 1                RUSSELL SACKS
 2    date of this drug test?
 3         A.    Yes.
 4             MR. MEHNERT:  I don't have anything
 5         else.  I appreciate it.
 6             MS. ARNEDOS:  Thank you, Sergeant.
 7             THE WITNESS:  Thank you.
 8             (Time noted:  11:45 a.m.)
 9
10                  _____
11                    RUSSELL SACKS
12
13    Subscribed and sworn to before me
14    this ___ day of _____, 2022.
15
16    _____
17
18
19
20
21
22
23
24
25
```



1          RUSSELL SACKS

2        C E R T I F I C A T E

3   STATE OF NEW YORK      )

4                          : ss.

5   COUNTY OF KINGS        )

6

7        I, DIANE BUCHANAN, a Notary Public

8     within and for the State of New York, do

9     hereby certify:

10        That RUSSELL SACKS, the witness

11    whose deposition is hereinbefore set

12    forth, was duly sworn by me and that

13    such deposition is a true record of the

14    testimony given by the witness.

15        I further certify that I am not

16    related to any of the parties to this

17    action by blood or marriage, and that I

18    am in no way interested in the outcome

19    of this matter.

20        IN WITNESS WHEREOF, I have hereunto

21    set my hand this 15th day of March,

22    2022.

23                _Diane Buchanan_

24           DIANE BUCHANAN

25

