# EXHIBIT I









