# EXHIBIT K

```
 1
 2   - - - - - - - - - - - - - - - - - -x
 3   IN THE APPLICATION OF POLICE OFFICER
 4   CHARLES L. VOLPE, SERIAL NO. 8564, FOR
 5   THE ENTITLEMENT TO BENEFITS PURSUANT TO
 6   SECTION 207-c OF THE NEW YORK STATE
 7   GENERAL MUNICIPAL LAW,
 8   BEFORE:     DEPUTY CHIEF RONALD WALSH,
                 HEARING OFFICER
 9   - - - - - - - - - - - - - - - - - -x
10
11               1490 Franklin Avenue
                 Mineola, New York
12
                 June 12, 2018
13               10:05 a.m.
14
15               HEARING in the above-entitled
16   action, held at the above time and place,
17   taken before Jennifer Brennan, a Notary
18   Public of the State of New York, pursuant
19   to Section 207-c.
20
21
22
23
24
25
```

```
 1
 2   APPEARANCES:
 3    FUSCO, BRANDENSTEIN & RADA, P.C.
      Attorneys for Petitioner - Charles L.
 4   Volpe
          180 Froehlich Farm Boulevard
 5       Woodbury, New York 11797
 6    BY:     MILAN RADA, ESQ.
               JOHN HEWSON, ESQ.
 7
 8    BEE READY FISHBEIN HATTER & DONOVAN
      Attorneys for Nassau County
 9       170 Old Country Road
         2nd Floor
10       Mineola, New York 11501
11    BY:     WILLIAM C. DeWITT, ESQ.
12
      NASSAU COUNTY POLICE DEPARTMENT
13       1490 Franklin Avenue
         Mineola, New York 11501
14
      BY:     CHRISTOPHER V. TODD, ESQ.
15
16
17
18
19
20
21
22
23
24
25
```

```
1              C. Volpe - Cross
2    to Staten Island?
3       A      I used to live on Staten
4    Island.
5       Q      Had you treated with Dr.
6    Siddiqui in the past?
7       A      I had.
8       Q      When was the last time, prior
9    to October 2016, did you treat with Dr.
10   Siddiqui?
11      A      I'm not sure.  I know I started
12   seeing him after my shoulder injury.  So
13   I knew him from that prior injury.
14      Q      That's the one we talked about
15   earlier, the right shoulder injury?
16      A      That's correct.
17      Q      What kind of medication was Dr.
18   Siddiqui prescribing to you for the 2016
19   incident?
20      A      He was prescribing me Percocet
21   and Vicodin.
22      Q      When did those prescriptions
23   start?
24      A      I'm not sure of the exact date.
25      Q      2016?
```

1                C. Volpe - Cross

2       A       Yes.  Well, I don't remember

3    exactly when they started, but, yeah, in

4    2016.

5       Q       Sometime after October 4, 2016,

6    and prior to December 31, 2016?

7       A       Yes.

8       Q       What was the prescription for?

9    How often did you take it?

10      A       As needed.

11      Q       How often were you taking it

12   from October to December 2016?

13      A       As needed.

14      Q       What was your usage?

15      A       Four times a day, once at

16   night.

17      Q       Four times a day, once at

18   night?

19      A       For one medication and once at

20   night for the other.

21      Q       Four times for the Percocet and

22   once for the Vicodin?

23      A       No, backwards.  Four times for

24   the Vicodin and once for the Percocet.

25      Q       And then after December 31,

            C. Volpe - Cross

2016, did that prescription continue?

    A    Yes.

    Q    Does it continue today?

    A    It does.

    Q    The same usage?

    A    Yes.

    Q    Four times Vicodin, one time
for Percocet?

    A    That's correct.

    Q    Is there any reason that you
wouldn't take that medication?

    A    That I wouldn't take that
medication?

    Q    Yes.

    A    Once my hand would stop
bothering me, yeah, that would be the
reason.

    Q    I'm sorry, Police Officer
Volpe, I didn't mean to try to trip you
up there.

            I meant from October 2016,
until today, has there been any reason
that you did not take that medication?

    A    No, no reason.

1          C. Volpe - Cross

2     Q     So you have taken it every day

3 consistently?

4     A     Consistently, yes.

5     Q     Had you informed Dr. Gregorace

6 that you were taking the Percocet and the

7 Vicodin?

8     A     I don't remember if I informed

9 him.

10    Q     Did you inform Dr. Coopersmith

11 that you were taking Vicodin and

12 Percocet?

13    A     I'm sure I did.  I just don't

14 remember if I did or not.

15    Q     You don't recall?

16    A     I don't recall.  Actually, I'm

17 sorry, I do remember telling Dr.

18 Coopersmith I was because when he asked

19 me to do the injection, I told him that

20 it wasn't necessary because I was getting

21 treatment from my pain management doctor

22 for the right hand.

23    Q     Do you recall when you told Dr.

24 Coopersmith?

25    A     No.

1
2            C E R T I F I C A T I O N
3
4
5        I, JENNIFER BRENNAN, a Shorthand
6   Reporter and a Notary Public, do hereby
7   certify that the foregoing witness, was
8   duly sworn on the date indicated, and
9   that the foregoing is a true and accurate
10  transcription of my stenographic notes.
11       I further certify that I am not
12  employed by nor related to any party to
13  this action.
14
15
16
17        *Jennifer Brennan*
18
19        JENNIFER BRENNAN
20
21
22
23
24
25